STATE of Missouri, Respondent,

v.

George P. DAVENPORT, Appellant.

No. WD 35579.

Missouri Court of Appeals,
Western District.

Feb. 19, 1985.

James W. Fletcher, Public Defender, Barbara Schenkenberg, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., T. Chad Farris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from jury trial conviction of robbery in the first degree, § 569.020 RSMo (1978) and sentence to ten years of imprisonment.

Judgment affirmed. Rule 30.25(b).